Rose Frey, Appellant, *v.* Francine Fougera et al., as Administrators of the Estate of Cecile L. Fougera, Deceased, Respondent.

Reported below, 113 App. Div. 912.
(Submitted January 7, 1907; decided January 15, 1907.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 8, 1906, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to entertain the appeal, permission to appeal not having been granted, and the appeal not coming within the provisions of subdivision 2 of section 191 of the Code of Civil Procedure.

*Charles F. Brandt* for motion.

*James C. De La Mare* opposed.

Motion denied, with ten dollars costs.